Case No. 09-3668

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA,

    Plaintiff - Appellant

v.

FODE AMADOU FOFANA,

    Defendant - Appellee

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                        **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued:  July 09, 2009

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 09, 2009

Mr. Daniel Allen Brown
U.S. Attorney's Office
303 Marconi Boulevard
Suite 200
Columbus, OH 43215

Mr. Brian C. DiFranco
DiFranco Law Office
100 E. Campus View Boulevard
Suite 250
Columbus, OH 43235

Re:  Case No. 09-3668, *USA v. Fode Fofana*
Originating Case No. : 09-00049-001

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Nancy Barnes
Senior Case Manager
Direct Dial No. 513-564-7022
Fax No. 513-564-7096

cc:  Mr. James Bonini

Enclosure