✎ PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

**Southern District of Ohio**

U.S.A. vs. **Fode A. Fofana**   Docket No.   **2:09CR49**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW **Jennifer Chadwick**, pretrial services/probation officer, presenting an official report upon the conduct of defendant **Fode A. Fofana**, who was placed under pretrial release supervision by **The Honorable Mark R. Abel**, sitting in the court at **Columbus, Ohio** on **June 5, 2009** under the following conditions:

1. Maintain or actively seek employment and provide documentation to Pretrial which verifies income earned;
2. Electronic monitoring (removed by Your Honor on January 15, 2010);
3. Abide by the following restrictions on personal association, place of abode, or travel: Defendant is restricted to the District of Maryland with the exception of traveling to the Southern District of Ohio for court purposes;
4. Refrain from possessing a firearm, destructive device or other dangerous weapon; and
5. Surrender any passport to Clerk, U.S. District Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short, insert here. If lengthy, write on separate sheet and attach.)

**The defendant failed to report to the pretrial services office as directed on June 10 and 21, 2010, with his whereabouts being unknown at this time.**

PRAYING THAT THE COURT WILL ORDER **a warrant for the defendant to show cause why his bond should not be revoked.**

ORDER OF COURT

[ ] No Action
[ X ] The Court finds there is probable cause to believe the Defendant has violated the conditions of his/her release and orders the issuance of a warrant for his/her arrest.
[ ] Order to Appear and Show Cause
[ ] Modification of the Bond and/or the Conditions of Release

I declare under penalty of perjury that the foregoing is true and correct.

Considered and ordered this **22** day **June**, 20 **10** and ordered filed and made a part of the records in the above case.

Executed on **June 22, 2010**

s/Jennifer A. Chadwick
U.S. Pretrial Services/Probation Officer

**s/ Mark R. Abel**
U.S. District Judge/Magistrate Judge

Place **Columbus, Ohio**